```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 17380
    SALVADOR O SEVITA
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-7886


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 07/05/2008 and was confirmed 09/08/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   72.00%.

      The case was converted to chapter 7 after confirmation 01/07/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
AMERICAN EXPRESS BANK      UNSECURED         1434.56          .00            .00
ARROW FINANCIAL SERVICES   UNSECURED         8045.82          .00            .00
ARROW FINANCIAL SERVICES   UNSECURED        NOT FILED         .00            .00
BALLY TOTAL FITNESS        UNSECURED        NOT FILED         .00            .00
ASSET ACCEPTANCE LLC       UNSECURED        27474.65          .00            .00
ROUNDUP FUNDING LLC        UNSECURED        17007.58          .00            .00
ARROW FINANCIAL SERVICES   UNSECURED         2846.71          .00            .00
VATIV RECOVERY SOLUTIONS   UNSECURED         2730.04          .00            .00
WELLS FARGO FINANCIAL      UNSECURED        NOT FILED         .00            .00
THOMAS THAIPARAMPIL        NOTICE ONLY      NOT FILED         .00            .00
MARIA ANGELICA AIDA BENI   NOTICE ONLY      NOT FILED         .00            .00
JEFF A WHITEHEAD           REIMBURSEMENT      327.34          .00         327.34
JEFF A WHITEHEAD           DEBTOR ATTY       3,500.00                   2,762.90
TOM VAUGHN                 TRUSTEE                                        239.76
DEBTOR REFUND              REFUND                                            .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    3,330.00

PRIORITY                                            327.34
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                     2,762.90
TRUSTEE COMPENSATION                                 239.76
DEBTOR REFUND                                          .00
                         --------------       --------------
TOTALS                     3,330.00                3,330.00


                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 17380 SALVADOR O SEVITA
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/17/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |